UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MILLER,<br><br>        Plaintiff,<br><br>    -against-<br><br>ANTHONY J. ANNUCCI, Acting Commissioner; SANDRA DOWNEY, Director, Budget & Finance, NYSDOCCS; MARK MILLER, Superintendent, Green Haven Correctional Facility<br><br>        Defendants. | 21-CV-6102 (CS)<br><br>ORDER OF SERVICE |

CATHY SEIBEL, United States District Judge:

  Plaintiff Daniel Miller, currently incarcerated at Green Haven Correctional Facility, paid the relevant fees to bring this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights.

  The Clerk of Court is directed to issue a summons as to Defendants New York State Department of Corrections and Community Supervision (DOCCS) Acting Commissioner Anthony J/ Annucci; DOCCS Director of Budget and Finance Sandra Downey; and Green Haven Correctional Facility Superintendent Mark Miller. Plaintiff is directed to serve the summons and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:  August 3, 2021
        White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL
United States District Judge