UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DANIEL MILLER,

                                   Plaintiff,                                **ORDER**

            – against –                                          No. 21-CV-6102 (CS)

ANTHONY J. ANNUCCI, *et al.*,

                                   Defendants.
------------------------------------------------------------------------x

Seibel, J.

      On July 15, 2021, Plaintiff filed this action seeking declaratory and injunctive relief.

(ECF No. 1.)  On December 2, 2021, the Court scheduled a telephonic pre-motion conference for

January 25, 2022.  (ECF No. 19.)

      For the reasons set forth by Plaintiff during today's teleconference – specifically, that

Plaintiff would like to voluntarily dismiss this action because, having been released from prison,

he lacks standing and the case is moot – all claims against Defendants are DISMISSED without

prejudice under Federal Rule of Civil Procedure 41(a)(2).  The Clerk of Court shall close the

case.

**SO ORDERED.**

Dated: January 25, 2022
      White Plains, New York

                                  _____
                                    CATHY SEIBEL, U.S.D.J.